**Fill in this information to identify the case:**

Debtor name __D&B Rentals, Inc.__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __25-20449-JRS__

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 04/01/2025<br>MM / DD / YYYY | to  Filing date | ☑ Operating a business<br>☐ Other | $ 85,389.38 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to 12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,247,152.61 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,296,226.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 04/01/2025<br>MM / DD / YYYY | to  Filing date | | $ 0.00 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to 12/31/2024<br>MM / DD / YYYY | | $ 0.00 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to 12/31/2023<br>MM / DD / YYYY | | $ 9,602.00 |

Debtor   D&B Rentals, Inc.
_____
Name

Case number (if known)  25-20449-JRS
_____

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Ryder Truck Rental, Inc. d/b/a Ryder Transpc<br>Creditor's name<br>11690 N.W. 105th Street<br>Miami, FL 33178 | 02/14/2025<br>02/25/2025<br>01/16/2025<br>03/26/2025 | $ 19,628.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _Other_____ |
| 3.2. | Nexxus Global, Inc.<br>Creditor's name<br>1024 Bayside Drive, #447<br>Newport Beach, CA 92660 | | $ 10,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Ira Inman<br>Insider's name<br>4831 Happy Hollow Road<br>Atlanta, GA 30329<br><br>Relationship to debtor<br>Owner | | $ 300,556.28 | Payments to creditors on debt guaranteed by Mr. Inman: Everest $75,355.50; Fundbox $45,358.04; Habersham Properties $46,721.38; Ryder $38,337.85; Wests $51,375.00; BOA $2,879.39; and PNC $40,529.12 |
| 4.2. | John Wheatley<br>Insider's name<br><br>Relationship to debtor<br>Owner | | $ 300,556.28 | Payments to creditors on debt guaranteed by Mr. Wheatley: Everest $75,355.50; Fundbox $45,358.04; Habersham Properties $46,721.38; Ryder $38,337.85; Wests $51,375.00; BOA $2,879.39; and PNC $40,529.12 |

Debtor    D&B Rentals, Inc.
_____    Case number *(if known)* 25-20449-JRS
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Bailey-Johnson Heights Inc. vs. D&B Rentals, Inc., John Wheatley and Ira Inman<br><br>**Case number**<br>25SC-0258-B | Dispossessory | Forsyth County State Court<br><br>101 East Courthouse Sq, 1st Fl, Ste. 1007<br>Cumming, GA 30040 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Byron L. West and Dorothy West v. D&B Rentals, Inc., John E. Wheatley, Ann Morrow aka Denise Anne Morrow.<br><br>**Case number**<br>25CV-0147-3 | Temporary and Permanent Injun | Superior Court of Forsyth County<br><br>101 East Courthouse Square, Suite 1007<br>Cumming, GA 30040 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | D&B Rentals, Inc. | Case number *(if known)* | 25-20449-JRS |
|---|---|---|---|
| | Name | | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

### Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | | $_____ |
| Recipient's name | | | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

### Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

| Debtor | D&B Rentals, Inc. | | Case number *(if known)* | 25-20449-JRS |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Rountree Leitman Klein Geer | Retainer and Filing Fee; $10,000 paid by Debtor's principal, Ira Inman and $25,000 paid by Debtor | 04/2025 | $ 35,000.00 |
| | **Address** | | | |
| | 2987 Clairmont Road, Ste. 350 Atlanta, GA 30329 | | | |
| | **Email or website address** | | | |
| | rlkglaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Ira Inman and Debtor | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

---

Debtor    D&B Rentals, Inc.
          _____    Case number (if known) 25-20449-JRS
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | _____ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | _____ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

Debtor    D&B Rentals, Inc.
_____    Case number (*if known*) 25-20449-JRS
         Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Name, address, phone number, credit card number

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    D&B Rentals, Inc.
_____    Case number *(if known)* 25-20449-JRS
          Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | PNC Bank 1211<br>Name<br>PO Box 609<br>Pittsburgh, PA 15230-9738 | XXXX– 1211 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 02/13/2025 | $ 0.00 |
| 18.2. | PNC Bank 1203<br>Name<br>PO Box 609<br>Pittsburgh, PA 15230-9738 | XXXX– 1203 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 02/13/2025 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

| Debtor | D&B Rentals, Inc. | Case number *(if known)* 25-20449-JRS |
|---|---|---|
| | Name | |

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Debtor    D&B Rentals, Inc.
_____    Case number *(if known)* 25-20449-JRS
          Name                                                                  _____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ Dates business existed  From _____    To _____ |
| 25.2. | Business name and address _____ Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. EIN: _____ Dates business existed  From _____    To _____ |
| 25.3. | Business name and address _____ Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. EIN: _____ Dates business existed  From _____    To _____ |

---

Debtor    D&B Rentals, Inc.                                  Case number *(if known)*   25-20449-JRS
<br>Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** John Beauston \| Moore Beauston & Woodham, LLC<br>Name<br>4401 Belle Oaks Drive, Ste. 100, N. Charleston, SC 29405-8523 | From _____<br>To 04/01/2025 |
| **26a.2.** <br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** <br>Name | From _____<br>To _____ |
| **26b.2.** <br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** John Beauston \| Moore Beauston & Woodham, LLC<br>Name<br>4401 Belle Oaks Drive, Ste. 100, N. Charleston, SC 29405-8523 | |

Debtor    D&B Rentals, Inc.
_____
Name

Case number *(if known)*  25-20449-JRS
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  Anne Morrow | NEXXUS Global, Inc.
_____
Name
4355 Cobb Parkway, Ste. 510J, Atlanta, GA 30339

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.  _____
Name

| Name and address |
|---|

26d.2.  _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Ira Inman | 03/29/2024 | $ Unknown |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  Ira Inman
_____
Name
4831 Happy Hollow Road
Atlanta, GA 30360

Debtor    D&B Rentals, Inc.
_____    Case number (if known) 25-20449-JRS
          Name                                                        _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.    _____
          Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ira Inman | 4831 Happy Hollow Road 510J, Atlanta, GA 30360 | | 70 |
| John Wheatley | 4526 Kinvarra Circle, Mableton, GA 30126 | | 30 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Ira Inman | 246,199.55 | _____ | Salary/Draws |
| Name | | | |
| 4355 Cobb Parkway 510J Atlanta, GA 30339 | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| 70% Owner | | | |

Debtor      D&B Rentals, Inc.
_____            Case number (*if known*) __25-20449-JRS_____
            Name

| Name and address of recipient | 118,490.32 | _____ | Salary |
|---|---|---|---|

30.2    John Wheatley
_____            _____
        Name
        4526 Kinvarra Circle
        Mableton, GA 30126

                                                    _____

                                                    _____

| Relationship to debtor |
|---|
30% Owner                                           _____
_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

**Part 14:     Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __04/24/2025__
               MM  / DD  / YYYY

✖ /s/ Ira Inman
_____            Printed name  Ira Inman
Signature of individual signing on behalf of the debtor                      _____

Position or relationship to debtor   CEO
                                    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

| Debtor Name | D&B Rentals, Inc. | Case number *(if known)* | 25-20449-JRS |

## Continuation Sheet for Official Form 207

**18) Closed financial accounts**

| | | |
|---|---|---|
| **PNC Bank 9433** | **PO Box 609, Pittsburgh, PA 15230-9738** | $0.00 |
| **PNC Bank 9838** | **PO Box 609, Pittsburgh, PA 15230-9738** | $0.00 |

**Fill in this information to identify the case:**

Debtor name        D&B Rentals, Inc.

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (if known):  25-20449-JRS

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                           $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Chase 3386 | Checking | 3   3   8   6 | $ 131.61 |
| 3.2. See continuation sheet | | | $ 5.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____        $_____
   4.2. _____        $_____

5. **Total of Part 1**                                                        $ 136.61

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. Bank of America Secured Credit Card                     $ 2,500.00
   7.2. _____        $_____

Debtor    D&B Rentals, Inc.                                              Case number *(if known)*  25-20449-JRS
          Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**                                                       $ 2,500.00

Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:   2,350.00 _____ – 0.00 _____ = ........➔   $ 2,350.00
                            face amount              doubtful or uncollectible accounts

11b. Over 90 days old:   0.00 _____ – 0.00 _____ = ........➔   $ 0.00
                         face amount              doubtful or uncollectible accounts

**12. Total of Part 3**                                                       $ 2,350.00

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____   $_____

14.2._____    _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____    _____%    _____   $_____

15.2._____    _____%    _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____   $_____

16.2._____    _____   $_____

**17. Total of Part 4**                                                       $_____

Add lines 14 through 16. Copy the total to line 83.

---

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page 2

Debtor  D&B Rentals, Inc.
    Name

Case number *(if known)*  25-20449-JRS

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** See Schedule A/B Part 5, Question 22 Attachment | 04/01/2025 MM / DD / YYYY | $_____ | _____ | 215,097.85 $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 215,097.85

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

| Debtor | D&B Rentals, Inc. | Case number *(if known)* | 25-20449-JRS |
|---|---|---|---|
| | Name | | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** Misc. Office Furniture | $ 2,500.00 | _____ | $ 2,500.00 |
| **40. Office fixtures** Pallet Racking | $ 5,000.00 | _____ | $ 5,000.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** Misc. Computer Equipment | $ 4,000.00 | _____ | $ 4,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | · $ _____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 11,500.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    D&B Rentals, Inc.
          _____
          Name

Case number (if known)    25-20449-JRS

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 2012 Ford F350 Flatbed (Needs transmission repairs of approximately $15k) | | | |
| 47.1 _____ | $ 20,000.00 | _____ | $ 5,000.00 |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | | | |
| | $ 44,500.00 | _____ | $ 74,500.00 |

51. **Total of Part 8.**                                                              $ 79,500.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    D&B Rentals, Inc._____    Case number (if known)__25-20449-JRS_____
       Name

---

| **Part 9:** | **Real property** |

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Lease - 3575 Trotter Drive, Bldg. B, Alpharetta, GA 30045 | Lease | $_____0.00_____ | _____ | $_____0.00_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____0.00_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>www.atlantatentrental.com | $_____ | _____ | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>Fulton County, GA business license | $_____ | _____ | Unknown<br>$_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List | $_____ | _____ | Unknown<br>$_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____0.00_____

---

Debtor    D&B Rentals, Inc.
Name

Case number *(if known)*    25-20449-JRS

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    0.00 _____ — 0.00 _____ = ➡    $ 0.00 _____
                          Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet    $ Unknown

**Nature of claim**    _____
**Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

**Nature of claim**    _____
**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00 _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

Debtor    D&B Rentals, Inc.                                   Case number *(if known)*  25-20449-JRS
          Name

---

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 136.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 2,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 2,350.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 215,097.85 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 11,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 79,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 311,084.46 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................. | 311,084.46 | $ 311,084.46 |

---

| Debtor 1 | D&B Rentals, Inc. | | | Case number *(if known)* | 25-20449-JRS |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Chase 3501 | Checking | 3501 |
| Balance: 0.00 | | |
| Chase 1580 | Savings | 1580 |
| Balance: 5.00 | | |
| PNC Bank 1211 | Checking | 1211 |
| Balance: 0.00 | | |
| PNC Bank 1203 | Checking | 1203 |
| Balance: 0.00 | | |
| PNC Bank 9433 | Money Market | 9433 |
| Balance: 0.00 | | |
| PNC Bank 9838 | Checking | 9838 |
| Balance: 0.00 | | |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Teeco Tent Washer | 30,000.00 | | 30,000.00 |
| Forklift | 5,000.00 | | 5,000.00 |
| Chair Washer | 2,000.00 | | 2,000.00 |
| Misc. Warehouse Equipment | 7,500.00 | | 7,500.00 |
| John Deere 3038 E Tractor SN 139381; 300E Loader S/N 155131; Frontier BB5060 Box Blade S/N 103094; and 370B Backhoe S.N 040789 | | | 30,000.00 |

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| General description | Nature of claim | Amount requested | Current value |
|---|---|---|---|
| Estimated Payroll Tax Owed By Prior | Unpaid taxes excluding interest | 787,500.00 | Unknown |

| Debtor 1 | D&B Rentals, Inc. | | | Case number *(if known)* | 25-20449-JRS |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Continuation Sheet for Official Form 206 A/B

Owners                     and penalties

Claim against            Claim against          0.00                        Unknown
previous owners          previous owners
for                      for
misrepresentation        misrepresentation

**D&B Rentals, Inc.**
**Ch. 11 Case No. 25-20449-JRS**
**Schedule A/B Part 5, Question 22 Attachment-Inventory**

| QTY | ITEM ID | ITEM DESCRIPTION | AUCTION VALUE |
|---|---|---|---|
| 1 | FR10X40 LACE | FR10X40 LACE | $ 400.00 |
| 1 | FRAME20X40KEDER | FRAME KIT 20X40 AS KEDER | $ 800.00 |
| 10 | HIGHPEAK10X20 | FRAME 10X20 HIGH PEAK | $ 1,800.00 |
| 46 | FRAME10X20WHT | FRAME KIT 10X20 WHT | $ 6,200.00 |
| 2 | FRAME10X30WTOPT | FRAME KIT 10X30 WHT TOPT | $ 600.00 |
| 16 | FRAME10X10BNW | FRAME KIT 10X10 BNW | $ 2,000.00 |
| 10 | FRAME10X10OTHER | FRAME KIT 10X10 GNW | $ 1,250.00 |
| 17 | FRAME10X10RNW | FRAME KIT 10X10 RNW | $ 2,125.00 |
| 111 | FRAME10X10WHT | FRAME KIT 10X10 WHT | $ 8,875.00 |
| 17 | FRAME10X10YNW | FRAME KIT 10X10 YNW | $ 2,125.00 |
| 10 | FRAME12X12WHT | FRAME KIT 12X12 WHT | $ 1,000.00 |
| 1 | FRAME12X24WHT | FRAME KIT 12X24 WHT | $ 150.00 |
| 1 | FRAME12X36WHT | FRAME KIT 12X36 WHT | $ 180.00 |
| 27 | FRAME15X15WH | FRAME KIT 15X15 WH | $ 4,670.00 |
| 4 | FRM15X30WCALIF | FRAME KIT 15X30WHIT CALIF | $ 1,200.00 |
| 1 | FRAME16X16GNW | FRAME KIT 16X16 GNW | $ 200.00 |
| 4 | FRAME16X16WHT | FRAME KIT 16X16 WHT | $ 800.00 |
| 1 | FRAME16X32WHT | FRAME KIT 16X32 WHT | $ 350.00 |
| 2 | FRAME20X20BNW | FRAME KIT 20X20 BNW | $ 720.00 |
| 4 | FRAME20X20RNW | FRAME KIT 20X20 RNW | $ 1,440.00 |
| 12 | FRAME20X20TR1PC | FRAME KIT 20X20 TR 1PC WHT | $ 4,320.00 |
| 23 | FRAME20X20WHT | FRAME KIT 20X20 AS WHT | $ 5,280.00 |
| 16 | FRAME20X20YNW | FRAME KIT 20X20 YNW 1 pc | $ 4,760.00 |
| 2 | FRAMEKIT20X20 | FRAME KIT 20X20 INT1PC WHT | $ 720.00 |
| 1 | FRAINT20X30W | FRAME KIT 20X30WHITE INT | $ 450.00 |
| 4 | FRAME20X30 WHIT | FRAME KIT 20X30 WHITE | $ 1,800.00 |
| 1 | FRAME20X30BNW | FRAME KIT 20X30 BNW | $ 450.00 |
| 1 | FRAME20X30RNW | FRAME KIT 20X30 RNW | $ 450.00 |
| 1 | FRANCH20X30RNW | FRAME KIT 20X30 REDNWHITE ANCHOR | $ 450.00 |
| 1 | FRAINT20X40WHT | 20X40 WHITE INTERNATIONAL | $ 620.00 |
| 1 | FRCALIF20X40WHT | FRAME KIT 20X40Y/W | $ 620.00 |
| 1 | FRCALIF20X50WHT | FR CALIF KIT 20X50R/W | $ 800.00 |
| 1 | FRAME20X120 | FRAME KIT 20X120 AS WHT | $ 1,800.00 |
| 9 | FRAME30X30ASWH | FRAME KIT 30X30 AS WHT | $ 6,480.00 |
| 2 | FRAME30X30BNW | FRAME KIT 30X30 BNW 1PC | $ 1,440.00 |
| 1 | FRAME30X30G/W | FRAME KIT 30X30 G/W 1PC | $ 720.00 |
| 3 | FRAME30X30RNW | FRAME KIT 30X30 R/W 1PC | $ 2,160.00 |
| 2 | FRAME30X30TRWH | FRAME KIT 30X30 WHT | $ 1,440.00 |
| 9 | FRAME30X30W 1PC | FRAME KIT 30X30W 1 PC | $ 5,480.00 |
| 1 | FRAME30X40ASWH | FRAME KIT 30X40 AS WHT | $ 900.00 |
| 7 | FRANCH30X30YNW | FRAME KIT 30X30 YNW 1 PC | $ 5,040.00 |
| 1 | FRAME30X40WHT | FRAME KIT 30X40 WHT | $ 900.00 |
| 1 | FRAME30X60GREEN | FRAME KIT 30X60 GREEN | $ 1,200.00 |
| 1 | FRAME30X100ASWH | FRAME KIT 30X100 AS WHT | $ 2,500.00 |
| 1 | FRAME30X105ASWH | FRAME KIT 30X105 AS WHT | $ 2,500.00 |
| 2 | FRCALIF40X40WHT | FR CALIF KIT 40X40WHT HIGH PEAK | $ 3,200.00 |
| 1 | FRAME40X100CLEA | FRAME KIT 40X100 CLEAR TOP | $ 3,500.00 |
| 1 | FRAS40X160 | FRAME ALLSTATE 40X160 WHITE | $ 3,200.00 |
| 1 | GENE60X130WHT | GENESIS KIT 60X130WHT | $ 3,500.00 |

| QTY | ITEM ID | ITEM DESCRIPTION | | AUCTION VALUE |
|---|---|---|---|---|
| 1 | GENE100X400WHT | GENESIS KIT 100X400WHT | $ | 8,000.00 |
| 314 | RATCHET | RATCHET WSTRAP | $ | - |
| 3,823 | ROPES | ROPES | $ | - |
| 442 | RATCHET2 | RATCHET WSTRAP 2 | $ | - |
| 1,100 | STAKES | STAKES | $ | - |
| 20 | SIDECURT8X20CLR | SIDE CURT 8X20 SECT CLEAR | $ | 860.00 |
| 1 | SIDECURT7X10MES | SIDE CURT 7X10 SECT BEIGE MESH | $ | 20.00 |
| 5 | SIDECURT7X20MES | SIDE CURT 7X20 SECT BEIGE MESH | $ | 150.00 |
| 2 | SIDECURT7X30MES | SIDE CURT 7X30 SECT BEIGE MESH | $ | 80.00 |
| 9 | SIDECURT7WHITE | SIDE CURT 7X20 SECT WHITE | $ | 270.00 |
| 47 | SIDECURT7X20WH | SIDE CURT 7X20 SECT WHITE | $ | 1,410.00 |
| 7 | SIDECURT8X20BME | SIDE CURT 8X20 SECT BEIGE MESH | $ | 245.00 |
| 140 | SIDECURT8X20 W | SIDE CURT 8X20 SECT WHITE C GRADE | $ | 1,900.00 |
| 255 | SIDECURT8X20WH | SIDE CURT 8X20 SECT WHITE | $ | 6,925.00 |
| 2 | SIDECURT8X30W | SIDE CURT 8X30 SECT WHITE | $ | 105.00 |
| 35 | SIDECURT8X20WIN | SIDE CURT 8X20 PALLADIAN WINDOW | $ | 1,400.00 |
| 2 | SIDECURT8X10MES | SIDE CURT 8X10 SECTBEIGE MESH | $ | 40.00 |
| 77 | SIDECURT8X10WH | SIDE CURT 8X10 SECT WHITE | $ | 1,540.00 |
| 4 | SIDECURT10X10WH | SIDE CURT10X10 SECT WHITE | $ | 90.00 |
| 22 | SIDECURT10X20WH | SIDE CURT10X20 SECT WHITE | $ | 990.00 |
| 28 | SIDECURT10X20WI | SIDE CURT10X20 PALLADIAN WINDOW | $ | 1,260.00 |
| 1 | SIDECURT10X30WH | SIDE CURT10X30 SECT WHITE | $ | 67.50 |
| 13 | GUTTER10WHT | RAIN GUTTER 10 WHITE | $ | 325.00 |
| 2 | TENTDOOR | TENTDOOR8FTDOUBLEPLEXI | $ | 600.00 |
| 1 | TENTDOORS | TENTDOOR8FTSINGLEPLEXI | $ | 200.00 |
| 8 | LATTICE4X8 | LATTICE SCREENS 4X8 | $ | 200.00 |
| 4 | DOOR76WF | TENT DOOR 7' 6" FRAME | $ | 600.00 |
| 9 | DOOR8 | TENT DOOR 8' | $ | 1,575.00 |
| 5 | FRENCHDOOR | FRENCH DOUBLE DOOR SET | $ | 1,000.00 |
| 168 | STAGESKIRT | 14' BLACK STAGE SKIRTING | $ | 3,360.00 |
| 19 | SUBFLOOR | SUBFLOOR PLYWOOD | $ | 9.50 |
| 91 | BILJAX | 4x4 BILJAX STAGING W/BLACK CARPET | $ | 3,095.00 |
| 3 | BILJAXSTAIRS | ULTA-STAIR-4 STEP(RANGE 16"-28") | $ | 375.00 |
| 14 | BILJAZRAIL | GAURD RI PANEL-VERT 4FTX42IN | $ | 700.00 |
| 466 | EVENTDECK | 3x4 EVENT DECK FLOORING | $ | 4,990.00 |
| 2,700 | CARPETBLK | CARPET BLACK | $ | 2,025.00 |
| 1,140 | CARPETRED | CARPET RED RUNNERS | $ | 456.00 |
| 53 | DANCEFLOOROAK | DANCE FLOOR OAK 3X3 | $ | 739.35 |
| 75 | DANCETEAK3X3 | DANCE FLOOR OUTLOK BRAKEN 3X3 | $ | 1,875.00 |
| 25 | DANCEFLOOR4X4 | DANCE FLOOR BIRCH 4X4 | $ | 1,200.00 |
| 6 | GRAIL8 | GUARD RAILS 8FT PER LINEAR FT | $ | 12.00 |
| 5 | RAMP4X4BILJAX | BILJAX RAMP 4X4 | $ | 250.00 |
| 1 | CRYSTALCHANDLG | CRYSTAL CHANDELIER LG | $ | 125.00 |
| 2 | CRYSTALCHANGSM | CRYSTAL CHANDELIER SM | $ | 170.00 |
| 7 | LEDBAYLIGHT | LED HIGH BAY LIGHT | $ | 210.00 |
| 4 | LEDHBAYLIGHT | LED HIGH BAY LIGHT FLAT 120W | $ | 120.00 |
| 5 | LIGHTS CENTPOLE | CENTERPOLE TENT LIGHTS | $ | 125.00 |
| 8 | LIGHTS LED 50W | LED 50W LIGHT WHITE | $ | 200.00 |
| 890 | BISTROLIGHT | OUTDOOR BISTRO  LIGHTS | $ | 300.00 |
| 600 | LIGHTROPE | BISTRO STRING LIGHTS | $ | 300.00 |
| 14 | LEDWKLIGHT | LED WORKLIGHT 12000L | $ | 210.00 |
| 20 | LEDWORKLIGHT | LED WORKLIGHT 5000L | $ | 300.00 |
| 27 | LEDWORKLIGHT2 | LED WORKLIGHT 2000L | $ | 405.00 |

| QTY | ITEM ID | ITEM DESCRIPTION | AUCTION VALUE |
|---|---|---|---|
| 157 | LIGHTMERC | CLIP LIGHT | $ 300.00 |
| 4 | GLOBEBRAS | RUSTIC CHANDELIER SMALL | $ 600.00 |
| 4 | LIGHTCHANBRASS3 | RUSTIC CHANDELIER LARGE | $ 800.00 |
| 1 | LIGHTCHANBRASS5 | DIMMER FOR RING LIGHTS | $ 20.00 |
| 4 | KEROHEATER | KEROSENE HEATER 120,000BTU | $ 340.00 |
| 8 | PORTABLE AC | PORTABLE AIR CONDITIONER | $ 800.00 |
| 1 | GENER5500 | GENERATOR 10,000 WATT | $ 500.00 |
| 1 | SILENTGEN | GENERATOR SILENT SERIES 1000W | $ 200.00 |
| 1 | SILENTGEN1 | GENERATOR ULTRA QUIET INVERTER/GENERATC | $ 350.00 |
| 7 | HEAT80 | HEATER 80000 BTU THERMOSTAT | $ 1,225.00 |
| 7 | HEAT170 | HEATER 170000 BTU THERMOSTAT | $ 1,100.00 |
| 22 | PROPANE25 | TANK 25 GAL. PROPANE | $ 1,300.00 |
| 38 | FAN12CLIP | FAN CLIPON WHITE | $ 200.00 |
| 12 | FAN30PED | EVAPORATOR COOLER | $ 500.00 |
| 2 | FAN | BARREL FAN | $ 150.00 |
|  | SPECIALORDER | SPECIAL ORDER | $ - |
| 3 | BARBLACK | 4' BAR BLACK LAMINATE | $ 90.00 |
| 15 | PICNICTABLE | 6' PICNIC TABLE | $ 300.00 |
| 2 | BARTABSNT | BAR TABLE SKIRT N TOP | $ 40.00 |
| 20 | TB36RDSHORT | TABLE 36 ROUND SHORT | $ 160.00 |
| 72 | TB36RD | TABLE 30 ROUND STAND-UP | $ 864.00 |
| 97 | TB48RD | TABLE 48 ROUND | $ 873.00 |
| 79 | TB60RD | TABLE 60 ROUND | $ 849.25 |
| 40 | TB72RD | TABLE 72 ROUND | $ 500.00 |
| 397 | TB72REC | TABLE 6 RECTANGULAR | $ 2,672.25 |
| 75 | TB6FTPL | TABLE 6 RECT PLASTIC | $ 600.00 |
| 301 | TB96REC | TABLE 8 RECTANGULAR | $ 2,085.25 |
| 256 | TB96RECT | TABLE 8 RECTANGULAR  D | $ 2,048.00 |
| 39 | TBCONF96 | 18" CONFERENCE TABLE | $ 273.00 |
| 2,268 | CHAIRSAMBLK | CHAIRS PLASTIC BLACK | $ 2,402.00 |
| 368 | CHAIRWHTRESIN | CHAIR WHITE RESIN PADDED | $ 1,380.00 |
| 415 | CHAIRSSAMWHTA | CHAIR PLASTI WHITE  A | $ 726.25 |
| 1,410 | CHAIRSAMWHT | CHAIR PLASTIC WHITE | $ 1,415.00 |
| 56 | BARSTOOL | METAL BARSTOOL | $ 560.00 |
| 17 | STANCHPOLE | RETRACTABLE 7FT STANCHION | $ 85.00 |
|  | KWIK COVERS | KWIK COVERS | $ - |
| 5 | LIN90X132RECT | LINENT 90X132 RECTANGLE WHITE | $ 25.00 |
| 26 | LIN108RD | LINEN 108 ROUND  WHITE | $ 130.00 |
| 74 | LINEN108RDBLK | LINEN 108 ROUND BLACK | $ 370.00 |
| 82 | LIN120RDWHT | LINEN 120 ROUND WHITE | $ 410.00 |
| 14 | LIN120RD | LINEN 120 ROUND BLUE | $ 70.00 |
| 14 | LINEN120RDRED | LINEN 120 ROUND RED | $ 70.00 |
| 126 | LINEN120RDBL | LINEN 120 ROUND BLACK | $ 630.00 |
| 60 | LIN130RDWHT | LINEN 132 ROUND WHITE | $ 300.00 |
| 12 | LINEN132RDBLK | LINEN 132 ROUND BLACK | $ 60.00 |
| 30 | LIN60X120REC | LINEN 60X120 RECTANGLE WHITE | $ 150.00 |
| 7 | LIN72X120REC | LINEN 60X120 RECTANGLE BLACK | $ 35.00 |
| 48 | LIN90X156REC | LINEN 90X156 RECTANGLE BLACK | $ 240.00 |
| 7 | LIN90X156RECR | LINEN 90X156 RECTANGLE RED | $ 35.00 |
| 28 | LIN90X156RECW | LINEN 90X156 RECTANGLE WHITE | $ 140.00 |
| 113 | LIN90X132REC | LINENT 90X132 RECTANGLE BLACK | $ 565.00 |
| 40 | 8X2BLACKDRAPE | 8'X2' BLACK DRAPE SECTIONS | $ 200.00 |
| 36 | CROSSBAR | PIPE CROSSBAR | $ 144.00 |

| QTY | ITEM ID | ITEM DESCRIPTION | AUCTION VALUE |
|---|---|---|---|
| 19 | PIPEBASE | UPRIGHT BASE | $ 152.00 |
| 30 | UPRIGHT | PIPE UPRIGHT | $ 120.00 |
| 1 | 8X30DRAPE | 8X30 BLACK PIPE AND DRAPE | $ 70.00 |
| 1 | 2012 F-350 | FORD 2012 F-350 SUPER DULLY | $ 3,000.00 |
| 1 | CHAIR WASHER | CLEAN CHAIR WASHER | $ 2,000.00 |
| 1 | FORKLIFT | HYSTER MODEL H30XM | $ 3,500.00 |
| 2 | LEATHERFURNITU1 | HERCULES CONTEMPORARYWHITE LEATHER CH | $ 200.00 |
| 2 | LEATHERFURNITUR | HERCULES CONTEMPORARYWHITE LEATHER LO' | $ 550.00 |
| 17 | NOSMOKING | NO SMOKING SIGN | $ 42.50 |
| 5 | ROCKERCHAIR | ROCKER CHAIR WITH OTTOMAN | $ 250.00 |
| 2 | TABLEFURNITURE | WHITE/SILVER COFFEE TABLE | $ 150.00 |
| 4 | TABLEFURNITURE1 | WHITE/SILVER END TABLE | $ 200.00 |
| 2 | TABLEFURNITURE3 | BLACK WOOD COFFEE TABLE | $ 150.00 |
| 4 | TABLEFURNTURE4 | BLACK WOOD END TABLE | $ 200.00 |
| 1 | TEECO TENT WASH | MODEL 2200EX | $ 8,800.00 |
| 198 | CORDEXT50 | 50 FT EXTENSION CORD | $ 198.00 |
| 212 | ASPHPATCH | ASPHALT PATCH | $ 860.00 |
| 700 | SANDBAG | SANDBAG | $ 800.00 |
| 354 | WATERBARREL15 | 15GAL WATER BARREL | $ 932.00 |
| 162 | BARREL25 | 30 GAL  WATER BARREL | $ 820.00 |
| 221 | BARREL55 | 55 gal  WATER BARREL  (CUSTOMER TO PROVIDE | $ 610.00 |
| 72 | STAKECAP | STAKE CAPS | $ 72.00 |
| 41 | DRAPELEF | LEG DRAPES 10ft (LINEN) | $ 735.00 |
| 21 | EXITSIGN | EXIT SIGN  ILLUMINATED WITH BATTERY BACKUP | $ 525.00 |
| 9 | EXITSIGN2 | EXIT SIGN NON ILLUMINATED | $ 90.00 |
| 25 | FIREXT | FIRE EXTINGUISHER | $ 625.00 |
| 1 | PASYSTEM | PA SYSTEM | $ 150.00 |
| 30 | FENCEPIC8X4 | VINYL FENCE 42"X6FT | $ 650.00 |
| 21 | SKYMAN | UMBRELLA WITH BASE | $ 945.00 |
| 32 | TRACHDISP | TRASH DISPENSER W/LINER | $ 240.00 |
| 4 | SUPCOOL155 | 155 cooler/icechest | $ 40.00 |
| 12 | OUTDOOR FURN | Grey Wicker w/ Grey Cushion End | $ 600.00 |
| 6 | OUTDOOR FURN1 | Grey Wicker w/ Grey Cushion mid | $ 300.00 |
| 3 | OUTDOOR4 | Light Brown Wicker Loveseat  one pc w/ lightbrown cu: | $ 375.00 |
| 6 | OUTDOOR5 | Light Brown Wicker Chair w/ lightbrown cushions | $ 300.00 |
| 2 | OUTDOOR6 | Dark Brown Wicker Chair w/ lightbrown cushions | $ 100.00 |
| 1 | OUTDOOR7 | Dark Brown Wicker lopve seat 1 pc w/ lightbrown cush | $ 125.00 |
| 6 | OUTDOORFURN2 | Grey Wicker   End Table | $ 120.00 |
| 7 | OUTDOORFURN3 | Grey Wicker Ottoman | $ 350.00 |
| 4 | OUTDOORFURN8 | Grey Wicker Coffee Table w/ Glass Top | $ 300.00 |
| | | **TOTAL** | **$ 215,097.85** |

**Fill in this information to identify the case:**

Debtor name ____D&B Rentals, Inc.____

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___25-20449-JRS___

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Bank of America | | $ 2,471.00 | $ 0.00 |

Creditor's mailing address

PO BOX 660441
Dallas, TX 75266-0441

Creditor's email address, if known

**Describe the lien**
_____

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Date debt was incurred _____

Last 4 digits of account number _____

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Byron and Dorothy West | | $1,345,579.35 | $0.00 |

Creditor's mailing address

409 Distillers Way
Dahlonega, GA 30533

Creditor's email address, if known

Date debt was incurred ___03/29/2024___

Last 4 digits of account number _____

**Describe the lien**
___Agreement you made___

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
   - ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

- ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 1,383,227.40

Debtor  D&B Rentals, Inc.                                          Case number (if known)   25-20449-JRS
        Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name
Deere & Company

_____

**Creditor's mailing address**

6400 NW 86th Street
Johnston, IA 50131

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

John Deere 3038 E Tractor SN 139381; 300E Loader S/N 155131; Frontier BB5060 Box Blade S/N 103094; and 370B Backhoe S.N 040789

$ 17,100.08        $ 30,000.00

**Describe the lien**

Agreement you made, UCC Financing State

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.4** Creditor's name
Forsyth County Tax Commissioner

_____

**Creditor's mailing address**

1092 Tribble Gap Road
Cumming, GA 30040-2236

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket Lien

$ 2,595.69        $ 0.00

**Describe the lien**

Statutory, 2024 business personal property

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   D&B Rentals, Inc.
         Name

Case number (if known) 25-20449-JRS

---

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**
Fundbox

**Creditor's mailing address**

5760 Legacy Dr
Ste B3-535, Plano, TX 75024

**Creditor's email address, if known**

**Date debt was incurred**   12/10/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts Receivable

$15,481.28    $0.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.___** **Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**   _____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    D&B Rentals, Inc.
_____
Name

Case number *(if known)*___25-20449-JRS_____

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Ashley L. Hughes\|Oliver Hughes, LLC<br>700 Churchill Court, Ste. 120<br>Woodstock, GA, 30188 | Line 2. 2 | _____ |
| Brannon Burroughs\|Oliver Hughes, LLC<br>700 Churchill Court, Ste. 120<br>Woodstock, GA, 30188 | Line 2. 2 | _____ |
| Corporation Service Company, as representative<br>PO Box 2576<br>Springfield, IL, 62708 | Line 2. 5 | 0435 |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | D&B Rentals, Inc. |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (if known) | 25-20449-JRS |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | |

As of the petition filing date, the claim is:  $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred
_____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

| | |
|---|---|
| **2.2** | Priority creditor's name and mailing address |

As of the petition filing date, the claim is:  $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred
_____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

| | |
|---|---|
| **2.3** | Priority creditor's name and mailing address |

As of the petition filing date, the claim is:  $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred
_____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

| Debtor | D&B Rentals, Inc. | Case number (if known) | 25-20449-JRS |
|--------|-------------------|------------------------|--------------|
| | Name | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|-----------------|

**3.1**
Nonpriority creditor's name and mailing address
American Furniture Rental
1700 Executive Dr S
Suite 400
Duluth, GA 30096

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 6,129.31

Date or dates debt was incurred    09/27/2024
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**
Nonpriority creditor's name and mailing address
Amerigas
PO Box 371473
Pittsburgh, PA 15250

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 700.00

Date or dates debt was incurred    11/01/2024
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**
Nonpriority creditor's name and mailing address
Bailey-Johnson Heights, Inc.
450 East Paces Ferry Road
Atlanta, GA 30305

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    Building Lease

$ 80,000.00

Date or dates debt was incurred    03/29/2024
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**
Nonpriority creditor's name and mailing address
Brown and Joseph, LLC
One Pierce Place, Ste. 700W
Itasca, IL 60143

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:    Collection Agency

$ 1,318.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5**
Nonpriority creditor's name and mailing address
Caine-Weiner
2415 S. Austin Ave
Denison, TX 75020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Collection Agency

$ 1,204.24

Date or dates debt was incurred    01/01/2025
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6**
Nonpriority creditor's name and mailing address
Contract Resolve Group
101 W Farmers Rd
Seagoville, TX 75159

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:    Collection Agency

$ 13,412.06

Date or dates debt was incurred    09/12/2023
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    G&G Rentals, Inc.
_____
Name

Case number (if known)    25-20449-JRS
_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Everest Business Funding
102 W 38th Street
6th Floor
New York, NY 10018

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: MCA

$ 91,986.00

Date or dates debt was incurred     11/08/2024

Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

It's My Party
1670 S Main St
Suite B
Alpharetta, GA 30009

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,400.00

Date or dates debt was incurred     10/15/2024

Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

PeopleReady Inc.
1015 "A" Street
Tacoma, WA 98402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 1,483.69

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

PNC Bank
PO Box 71335
Pittsburgh, PA 19176-1335

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 5,400.00

Date or dates debt was incurred     _____

Last 4 digits of account number     3832

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Protective Lining Corporation
601 39th Street
Brooklyn, NY 11232

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,900.00

Date or dates debt was incurred     10/10/2024

Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    B&B Rentals, Inc.
_____
          Name

Case number *(if known)* _25-20449-JRS_
_____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.** 12  **Nonpriority creditor's name and mailing address**

Ryder Truck Rental, Inc. d/b/a Ryder
Transportation Services
11690 N.W. 105th Street
Miami, FL 33178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vehicle leases

$ 60,200.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 13  **Nonpriority creditor's name and mailing address**

Sunbelt Rentals
1275 West Mound St
Columbus, OH 43223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,718.33

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred ___12/16/2024___

Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____ D&D Rentals, Inc. _____    Case number *(if known)* ___25-20449-jrs___
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|------------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 271,851.63 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 271,851.63 |

**Fill in this information to identify the case:**

Debtor name __D&B Rentals, Inc.__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __25-20449-JRS__         Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Business Consulting Agreement between Debtor and NEXXUS Global, Inc. dated April 1, 2024 | N/A |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Truck Lease & Service Agreement with Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services Lease | Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services 11690 N.W. 105th Street Miami, FL, 33178 |
| | State the term remaining | 1 year 2 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Truck Lease & Service Agreement with Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services Lease | Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services 11690 N.W. 105th Street Miami, FL, 33178 |
| | State the term remaining | 1 year 2 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease by and between Debtor and Bailey-Johnson Heights, Inc. dated 11/15/2022 Lease | Bailey-Johnson Heights, Inc. 450 East Paces Ferry Road Atlanta, GA, 30305 |
| | State the term remaining | 4 years 9 months | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name    D&B Rentals, Inc.

United States Bankruptcy Court for the:   Northern District of Georgia

Case number (If known):   25-20449-JRS

---

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Ira Inman | 4831 Happy Hollow Road<br>Atlanta, GA 30360 | PNC Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 John Wheatley | 4526 Kinvarra Circle<br>Mableton, GA 30126 | Byron and Dorothy West | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Ira Inman | 4831 Happy Hollow Road<br>Atlanta, GA 30360 | Byron and Dorothy West | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Anne Morrow \| NEXX | 1024 Bayside Drive #447<br>Newport Beach, CA 92660 | Byron and Dorothy West | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 John Wheatley | 4526 Kinvarra Circle<br>Mableton, GA 30126 | Ryder Truck Rental, Inc. c | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 Ira Inman | 4831 Happy Hollow Road<br>Atlanta, GA 30360 | Ryder Truck Rental, Inc. c | ☐ D<br>☑ E/F<br>☐ G |

---

| Debtor | D&B Rentals, Inc. |
|---|---|
| | Name |

Case number *(if known)*  25-20449-JRS

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.7 John Wheatley | 4526 Kinvarra Circle Mableton, GA 30126 | PNC Bank | ☐ D ☒ E/F ☐ G |
| 2.8 John Wheatley | 4526 Kinvarra Circle Mableton, GA 30126 | Everest Business Funding | ☐ D ☒ E/F ☐ G |
| 2.9 Ira Inman | 4831 Happy Hollow Road Atlanta, GA 30360 | Everest Business Funding | ☐ D ☒ E/F ☐ G |
| 2.10 John Wheatley | 4526 Kinvarra Circle Mableton, GA 30126 | Fundbox | ☒ D ☐ E/F ☐ G |
| 2.11 Ira Inman | 4831 Happy Hollow Road Atlanta, GA 30360 | Fundbox | ☒ D ☐ E/F ☐ G |
| 2.12 Dorothy West | 6405 Rex Lane Apt 438 Alpharetta, GA 30005 | Deere & Company | ☒ D ☐ E/F ☐ G |
| 2.13 Ira Inman | 4831 Happy Hollow Road Atlanta, GA 30360 | Bailey-Johnson Heights, Inc. | ☐ D ☒ E/F ☐ G |
| 2.14 John Wheatley | 4526 Kinvarra Circle Mableton, GA 30126 | Bailey-Johnson Heights, Inc. | ☐ D ☒ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name ___D&B Rentals, Inc._____

United States Bankruptcy Court for the: ___Northern District of Georgia___

_____ (State)

Case number (If known): ___25-20449-JRS_____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ............................................

    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ............................................

    $ ___311,084.46

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ............................................

    $ ___311,084.46

---

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............

    $ ___1,383,227.40

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* .........................................

    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................

    +$ ___271,851.63

4. **Total liabilities** ..........................................................................
    Lines 2 + 3a + 3b

    $ ___1,655,079.03

**United States Bankruptcy Court**

IN RE:                                                  Case No. _25-20449-JRS_____

  D&B Rentals, Inc.
_____   Chapter _11_____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Ira Inman 4831 Happy Hollow Road, Atlanta, GA 30360 | 70 | Common stockholder |
| John Wheatley 4526 Kinvarra Circle, Mableton, GA 30126 | 30 | Common stockholder |

**Fill in this information to identify the case and this filing:**

Debtor Name _D&B Rentals, Inc._

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (*If known*): _25-20449-JRS_

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule _____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _04/24/2025_         ✗ /s/ Ira Inman
          MM / DD / YYYY          _____
                                 Signature of individual signing on behalf of debtor

                                 Ira Inman
                                 _____
                                 Printed name

                                 CEO
                                 _____
                                 Position or relationship to debtor

SUPPLEMENTAL LIST OF CREDITORS

Anne Morrow | NEXXUS Global, Inc.
1024 Bayside Drive #447
Newport Beach, CA 92660


Ashley L. Hughes|Oliver Hughes, LLC
700 Churchill Court, Ste. 120
Woodstock, GA 30188


Bank of America
PO BOX 660441
Dallas, TX 75266-0441


Brannon Burroughs|Oliver Hughes, LLC
700 Churchill Court, Ste. 120
Woodstock, GA 30188


PeopleReady Inc.
1015 "A" Street
Tacoma, WA 98402


PNC Bank
PO Box 71335
Pittsburgh, PA 19176-1335


Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services
11690 N.W. 105th Street
Miami, FL 33178

United States Bankruptcy Court

Northern District of Georgia

In re:  D&B Rentals, Inc.

Case No.  25-20449-JRS

Chapter    11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:      04/24/2025

/s/ Ira Inman

Signature of Individual signing on behalf of debtor

CEO

Position or relationship to debtor

# United States Bankruptcy Court

_____
Northern District of Georgia

**In re** D&B Rentals, Inc.

Case No. 25-20449-JRS _____

**Debtor**

Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 35,000.00 _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 595.00 _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify) Ira Inman, Debtor's Principal ($10,000)

3.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

A. prepare and file on behalf of the client all petitions, schedules, statements, plans, and other documents or pleadings;

B. attend and represent the client at all meetings of creditors, hearings, trials, conferences, and other proceedings, whether in or out of court;

C. provide legal advice to the client as to the rights, duties, and powers of the client as a debtor in possession in a chapter 11 case, and as to other matters arising in or related to the chapter 11 case; and

D. otherwise assist, advise, and represent the client on matters related to the chapter 11 case as requested by the client.

Attorney: Standard Hourly Rate:

William A. Rountree $595.00

Will B. Geer $595.00

Michael Bargar $535.00

Hal Leitman $425.00

David S. Klein $495.00

Alexandra Dishun $425.00

Elizabeth Childers $425.00

Ceci Christy $425.00

Caitlyn Powers $375.00

Shawn Eisenberg $300.00

William Matthews $425.00

Paralegals: Standard Hourly Rate:

Dorothy Sideris    $225.00

Elizabeth Miller $290.00

Megan Winokur $175.00

Catherine Smith $150.00

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

None

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/24/2025

*Date*

/s/ William Rountree, 616503

*Signature of Attorney*

Rountree, Leitman, Klein & Geer, LLC

*Name of law firm*

2987 Clairmont Road
Suite 350
Atlanta, GA 30329